UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
<u>TAMPA DIVISION</u>

| | |
|---|---|
| MICHAEL PARKER, individually and on behalf of all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>STONELEDGE FURNITURE, LLC and SOUTHWESTERN FURNITURE OF WISCONSIN, LLC d/b/a ASHLEY FURNITURE,<br><br>                Defendants. | Case No. 8:21-cv-00740-CEH-AEP |

**<u>PLAINTIFF MICHAEL PARKER'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Rule 3.03 of the Local Rules of the Middle District of Florida and this Court's Order on Interested Persons, Plaintiff Michael Parker hereby discloses the following:

1.)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- **Michael Parker, Individually and on behalf of all other similarly situated – Plaintiff**

- **All other individuals who may comprise the proposed class of Plaintiffs**

- **Matthew A. Goldberger, P.A. – Attorney for Plaintiff**

- **Matthew A. Goldberger – Attorney for Plaintiff and attorney at Matthew A. Goldberger, P.A.**

- **Kazerouni Law Group APC – Attorney for Plaintiff**

- **Abbas Kazerounian – Attorney for Plaintiff and attorney at Kazerouni Law Group, APC**
- **Mona Amini - Attorney for Plaintiff and attorney at Kazerouni Law Group, APC**
- **KJC Law Group, A.P.C. – Attorney for Plaintiff**
- **Kevin Cole – Attorney for plaintiff and attorney at KJC Law Group, A.P.C.**
- **Stoneledge Furniture, LLC – Defendant**
- **Southwestern Furniture of Wisconsin, LLC – Defendant**
- **Ashley Global Retail, LLC – Parent or affiliate of Defendants**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**None**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

**Michael Parker, individually and on behalf of all other similarly situated who allege damages based on the Defendants' actions.**

5.) Certification pursuant to Local Rule 3.03

__X__ I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

By: */s/ Matthew A. Goldberger*

**MATTHEW A. GOLDBERGER, P.A.**
Matthew A. Goldberger, Esq.
Florida Bar No. 119897
matthew@goldbergerfirm.com
1555 Palm Beach Lakes Blvd.
Suite 1400
West Palm Beach, FL 33401
Telephone: (561) 659-8337
Facsimile: (561) 284-8938

**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (*pro hac vice forthcoming*)
ak@kazlg.com
Mona Amini, Esq. (*pro hac vice forthcoming*)
mona@kazlg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KJC LAW GROUP, A.P.C**
Kevin Cole (*pro hac vice forthcoming*)
kevin@kjclawgroup.com
9701 Wilshire Blvd, Ste 1000,
Beverly Hills, CA 90212-2010
Telephone: (310) 861-7797
Facsimile: (818) 994-9200

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that on March 29, 2021, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF which will send email notifications to all parties of record.

*/s/ Matthew A. Goldberger*
Matthew A. Goldberger