UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

| | |
|---|---|
| MICHAEL PARKER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>STONELEDGE FURNITURE, LLC and SOUTHWESTERN FURNITURE OF WISCONSIN, LLC d/b/a ASHLEY FURNITURE,<br><br>Defendants. | Case No. 8:21-cv-00740-CEH-AEP |

## STIPULATION TO STAY CASE AND TOLL DEADLINES PENDING FINALIZATION OF SETTLEMENT AND PRELIMINARY APPROVAL

Plaintiff MICHAEL PARKER, individually and on behalf of all others similarly situated, ("Plaintiff") and Defendants STONELEDGE FURNITURE, LLC and SOUTHWESTERN FURNITURE OF WISCONSIN, LLC d/b/a ASHLEY FURNITURE (collectively "Defendants"), by and through their attorneys of record, hereby notify the court, stipulate and respectfully request that this action be stayed and all deadlines be tolled to allow the parties to finalize and execute the proposed settlement agreement, complete confirmatory discovery, and move for preliminary approval.

The parties' stipulation is, and good cause for the relief requested by the stipulation exists, based on the following:

WHEREAS, Plaintiff filed the Class Action Complaint in this action on March 26, 2021;

WHEREAS, Defendants accepted service of the Summons and Class Action Complaint on May 17, 2021;

WHEREAS, Defendants filed an Answer in this action on July 8, 2021;

WHEREAS, the parties have engaged in private mediation, agreed on settlement terms, and are in the process of circulating for signature a proposed comprehensive settlement agreement,

subject to appropriate Court approvals;

WHEREAS, the parties inadvertently did not have a Case Management Report submitted for the Court within forty (40) days after Defendants' appearance in this action; and

WHEREAS, after execution of the proposed settlement agreement and completing confirmatory discovery, Plaintiff intends to move forward with filing a motion for preliminary approval.

In light of the above, in good faith and for good cause, Plaintiff MICHAEL PARKER, individually and on behalf of all others similarly situated, and Defendants STONELEDGE FURNITURE, LLC and SOUTHWESTERN FURNITURE OF WISCONSIN, LLC d/b/a ASHLEY FURNITURE, stipulate and respectfully request that this action be stayed, and all deadlines be tolled, pending an order on the anticipated motion for preliminary approval.

**IT IS SO STIPULATED**.

Respectfully submitted,

Date:  September 21, 2021         By: s/ Mona Amini
                                  Abbas Kazerounian, Esq. (*pro hac vice*)
                                  ak@kazlg.com
                                  Mona Amini, Esq. (*pro hac vice*)
                                  mona@kazlg.com
                                  **KAZEROUNI LAW GROUP, APC**
                                  245 Fischer Avenue, Unit D1
                                  Costa Mesa, CA 92626
                                  Telephone: (800) 400-6808
                                  Facsimile: (800) 520-5523

                                  Kevin Cole (*pro hac vice*)
                                  kevin@kjclawgroup.com
                                  **KJC LAW GROUP, A.P.C**
                                  9701 Wilshire Blvd, Ste 1000,
                                  Beverly Hills, CA 90212-2010
                                  Telephone: (310) 861-7797
                                  Facsimile: (818) 994-9200

                                  Matthew A. Goldberger, Esq.
                                  Florida Bar No. 119897
                                  matthew@goldbergerfirm.com

        **MATTHEW A. GOLDBERGER, P.A.**
        1555 Palm Beach Lakes Blvd., Suite 1400
        West Palm Beach, FL 33401
        Telephone: (561) 659-8337
        Facsimile:  (561) 284-8938

*Attorneys for Plaintiff and the putative class*

Date:  September 21, 2021      By: s/ Joshua D. Lichtman
        Joshua D. Lichtman
        **NORTON ROSE FULBRIGHT US LLP**
        555 South Flower Street, 41st Floor
        Los Angeles, CA 90071
        Telephone: (213) 892-9266
        Facsimile: (213) 892-949
        joshua.lichtman@nortonrosefulbright.com

        Michael A. Swartzendruber, Esq.
        **NORTON ROSE FULBRIGHT US LLP**
        2200 Ross Avenue, Suite 3600
        Dallas, TX 75201
        Telephone: (214) 855-6057
        Fax: (214) 855-8200
        michael.swartzendruber@nortonrosefulbright.com

        Darrin J. Quam, Esq.
        Florida Bar No. 995551
        dquam@stearnsweaver.com
        **STEARNS  WEAVER  MILLER  WEISSLER ALHADEFF & SITTERSON, P.A.**
        401 E. Jackson Street, Suite 2100 (33602)
        Post Office Box 3299
        Tampa, FL 33601
        Telephone: (813) 223-4800

*Attorneys for Defendants*