# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

## CLERK'S MINUTES

| | |
|---|---|
| **CASE NO.** 8:21-cv-740-CEH-AEP | **DATE:** June 17, 2022 |
| **JUDGE CHARLENE EDWARDS HONEYWELL** | **INTERPRETER:** N/A |
| | **LANGUAGE:** |
| **MICHAEL PARKER,**<br><br>Plaintiff,<br>v.<br><br>**STONELEDGE FURNITURE, LLC and SOUTHWESTERN FURNITURE OF WISCONSIN, LLC,**<br><br>Defendants. | **PLAINTIFF'S COUNSEL:**<br>Mona Amini<br><br>**DEFENSE COUNSEL:**<br>Darrin J. Quam,<br>Joshua D. Lichtman and<br>Michael A. Swartzendruber |
| **COURT REPORTER:** Sharon Miller | **COURTROOM:** *via* Zoom |
| **TIME:** 3:01 P.M. – 3:35 P.M. | **TOTAL:** 34 Minutes |
| **DEPUTY CLERK:** Charmaine A. Black | |

**PROCEEDING: FAIRNESS HEARING**

Court in session.

Counsel for both parties are present and identified for the record.

The Court addressed counsel, held a Fairness Hearing, and heard argument on the *Unopposed Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees and Expenses* (Doc. 31).

For the reasons articulated on the record, the *Unopposed Motion for Final Approval of Class Action Settlement and Award of Attorneys' Fees and Expenses* (Doc. 31) is GRANTED.

The Court will issue a written Order.

Court adjourned.